Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
demareel@ballardspahr.com

*Attorneys for Defendant*
*Capital One Bank (USA), N.A.*

```
☑ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        MAY 23 2019

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY OREN,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | CASE NO. 3:19-cv-00212-APG-<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR CAPITAL ONE BANK (USA), N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(First Request) |

Capital One Bank (USA), N.A.'s ("Capital One") response to Plaintiff Kimberly Oren's ("Plaintiff") complaint is currently due May 22, 2019. Capital One and Plaintiff have agreed that Capital One has up to and including June 21, 2019, to respond to Plaintiff's complaint, to provide time for the parties to investigate Plaintiff's allegations and discuss potential resolution and, if needed, for Capital One to prepare a response. The parties are actively discussing this case and investigating Plaintiff's allegations.

*[Continued on following page]*

This is the first request for an extension, and it is made in good faith and not for the purposes of delay.

Dated this 22th day of May, 2019.

| HIGBEE & ASSOCIATES | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Mathew Higbee | By: /s/ Lindsay Demaree |
| Mathew Higbee | Lindsay Demaree |
| Nevada Bar No. 11158 | Nevada Bar No. 11949 |
| 2445 Fire Mesa St., Suite 150 | 1980 Festival Plaza Drive, Suite 900 |
| Las Vegas, Nevada 89129 | Las Vegas, Nevada 89135 |
| Mhigbee@higbeeassociates.com | demareel@ballardspahr.com |
| Telephone: (714) 600-8085 | Telephone: 702.471.7000 |
| Facsimile: (866) 534-7049 | Facsimile: 702.471.7070 |
| *Attorneys for Plaintiff Kimberly Oren* | *Attorneys for Defendant Capital One Bank (USA), N.A.* |

**ORDER**

~~IT IS~~ SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5/23/19