# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| KIMBERLY OREN, | Case No. 3:19-cv-00212-APG-CBC |
|---|---|
| Plaintiff, | |
| v. | **ORDER CERTIFYING CASE TO UNITED STATES ATTORNEY GENERAL** |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendant | |

This case involves a constitutional challenge to a federal statute, specifically the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. *See* ECF No. 10. Pursuant to 28 U.S.C. § 2403(a) and Federal Rule of Civil Procedure 5.1(b), I hereby certify to the Attorney General for the United States that the constitutionality of the TCPA, specifically 47 U.S.C. sec. 227(b)(1)(A)(iii), has been called into question in this action. Pursuant to Rule 5.1(c), the Attorney General has 60 days from the date of this Order to intervene in this action, if it chooses to do so.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall mail a copy of this Order to the Attorney General for the United States, via certified mail, return receipt requested, at each of the following addresses:

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC, 20530

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC, 20530

DATED THIS 25th day of June, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE