Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: mhigbee@higbeeassociates.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY OREN, | Case No.: 3:19-cv-00212-APG-CBC |
| Plaintiffs, | |
| v. | NOTICE OF SETTLEMENT |
| CAPITAL ONE BANK (USA) N.A., | |
| Defendant. | |

### NOTICE OF SETTLEMENT

Plaintiff KIMBERLY OREN notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 17th day of October 2019.

By: */s/ Mathew Higbee*
Mathew Higbee, Bar #: 11158
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: Mhigbee@higbeeassociates.com
Attorney for Plaintiff, KIMBERLY OREN

1

# CERTIFICATE OF SERVICE

I certify that on October 17, 2019 I filed Plaintiff KIMBERLY OREN's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Joel E. Tasca- Nevada Bar No. 14124
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: tasca@ballardspahr.com

Lindsay C. Demaree- Nevada Bar No. 11949
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: demareel@ballardspahr.com

Stacy H. Rubin
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
E-mail: rubins@ballardspahr.com

By: */s/ Mathew Higbee*
Mathew Higbee, Bar #: 11158
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: Mhigbee@higbeeassociates.com
Attorney for Plaintiff, MARICEL BARTOLOME

By: *Jeremy E.Branch*
Jeremy E. Branch
*Pro Hac Vice*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff, MARICEL BARTOLOME