Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
3110 West Cheyenne Ave, Ste 200
North Las Vegas, NV 89128
T: (714) 617-8300
F: (714) 597-6559
Email: mhigbee@higbeeassociates.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY OREN, | Case No.: 319-cv-00212-APG-CLB |
| Plaintiffs, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CAPITAL ONE BANK (USA) N.A., | |
| Defendant. | **ORDER** |

Plaintiff KIMBERLY OREN ("Plaintiff") and Defendant CAPITAL ONE BANK (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

Respectfully submitted the 19th day of November 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 20, 2019.

| | |
|---|---|
| */s/ Lindsay C. Demaree (with permission)*<br>Lindsay C. Demaree- Nevada Bar No. 11949<br>Ballard Spahr LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135<br>Phone: (702) 471-7000<br>Fax: (702) 471-7070<br>Email: demareel@ballardspahr.com<br>*ATTORNEY FOR DEFENDANT* | */s/ Mathew Higbee*<br>Mathew Higbee<br>HIGBEE & ASSOCIATES<br>3110 West Cheyenne Ave, Ste 200<br>North Las Vegas, NV 89128<br>T: (714) 617-8300<br>F: (714) 597-6559<br>Email: Mhigbee@higbeeassociates.com<br>*ATTORNEY FOR PLAINTIFF* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:_____**